**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AMERICAN CONSULTANTS, LEGAL LITIGANTS, PARALEGALS, PROFESSIONAL ADJUSTERS & FINANCIAL BROKERS and ALEX MELVIN WADE, | § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-10-2454 |
| VS. | § § | |
| CAPITAL ONE, N.A., | § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the rulings entered in this case, the plaintiffs' claims are dismissed, with prejudice.

SIGNED on March 11, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge